UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAZMINE I. ROBERTS,<br><br>                        Plaintiff,<br><br>         -against-<br><br>EMBLEMHEALTH NEIGHBORHOOD CARE; JANE DOE CUSTOMER SERVICE REPRESENTATIVES; AND JOHN DOE MANAGER,<br><br>                      Defendants. | 24-CV-1857 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 9, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 9, 2024
           New York, New York

                                                        /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                   Chief United States District Judge